**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 321 EAL 2016
                             :
           Respondent         :
                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court
           v.                 :
                             :
                             :
ROCHELLE D. HARRIS,            :
                             :
           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.